UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 12 B 04858 |
|---|---|
| Gerald R Brown  Donna M Brown  Debtor(s) | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/10/2012.

2) The plan was confirmed on 04/17/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Completed on 02/06/2017.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 70.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $42,137.79.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $33,459.02 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$33,459.02** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,375.21 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,375.21** |

Attorney fees paid and disclosed by debtor:         $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Ally Financial | Secured | 5,311.00 | 5,333.96 | 5,333.96 | 0.00 | 0.00 |
| AT&T | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 3,314.00 | 3,314.47 | 3,314.47 | 1,983.08 | 0.00 |
| Becket & Lee | Unsecured | 1,556.00 | 1,530.32 | 1,530.32 | 915.61 | 0.00 |
| BMO Harris Bank | Secured | 160,000.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | NA | 383.30 | 383.30 | 229.33 | 0.00 |
| Citi Cards | Unsecured | 4,582.00 | NA | NA | 0.00 | 0.00 |
| Citizens Automotive Finance | Secured | 538.00 | NA | NA | 0.00 | 0.00 |
| Citizens Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citizens Bank | Unsecured | 3,445.00 | NA | NA | 0.00 | 0.00 |
| Client Collection Services Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Computer Credit Service Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Dearborn Wholesale Grocers | Unsecured | 3,325.00 | NA | NA | 0.00 | 0.00 |
| Discover Bank | Unsecured | 2,302.00 | 2,254.47 | 2,254.47 | 1,348.87 | 0.00 |
| Discover Bank | Unsecured | NA | 1,407.08 | 1,407.08 | 841.87 | 0.00 |
| Discover Bank | Unsecured | 7,041.00 | 5,487.95 | 5,487.95 | 3,283.49 | 0.00 |
| Dr Robert Malek DDS | Unsecured | 870.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 366.00 | 1,973.08 | 1,973.08 | 1,180.51 | 0.00 |
| eCast Settlement Corporation | Unsecured | NA | 211.69 | 211.69 | 126.66 | 0.00 |
| First Federal Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Federal Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Firstsource Advantage LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| J C Penney Co Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Jurczak's Lawn Maintenance | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Meijer | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Mercantile Adjustment Bureau | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| National Water & Power | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| NCB Management Services Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| NES National Enterprises Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Oak Harbor Capital LLC | Unsecured | 4,581.00 | 4,456.77 | 4,456.77 | 2,666.52 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Penncro Associates | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank NA | Unsecured | 13,326.00 | 13,326.66 | 13,326.66 | 7,973.45 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 3,148.00 | 2,935.36 | 2,935.36 | 1,756.26 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 4,981.00 | 4,981.33 | 4,981.33 | 2,980.37 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 8,018.00 | 8,018.92 | 8,018.92 | 4,797.79 | 0.00 |
| Professional Bureau Collection | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Regions Mortgage Inc | Secured | 69,000.00 | NA | NA | 0.00 | 0.00 |
| Richard J Kaplow | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Robert P Mistovich | Unsecured | 544.00 | NA | NA | 0.00 | 0.00 |
| Rock River Water Reclamation | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 1,712.00 | 730.15 | 730.15 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | NA | 458.05 | 458.05 | 0.00 | 0.00 |
| Schaumburg Dental Associates | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| Sears | Unsecured | 4,688.00 | NA | NA | 0.00 | 0.00 |
| Security Alarm | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| St Alexius Medical Center | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| Teller Levit & Silvertrust PC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tom Stathopolulos MD | Unsecured | 1,212.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Recovery Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Weltman Weinberg & Reis Co LPA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Weltman Weinberg & Reis Co LPA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $5,333.96 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,333.96** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$51,469.60** | **$30,083.81** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,375.21 |
| Disbursements to Creditors | $30,083.81 |
| **TOTAL DISBURSEMENTS** : | **$33,459.02** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/27/2017         By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**